UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAVERY & SIRKIS, ESQUIRES
Joan Sirkis Warren, Esq.
699 Washington Street
Suite 103
Hackettstown, NJ  07840
(908) 850-6161
I.D. #JW4841
Attorney for Debtors, Kenneth C. and Paula P. Hilliard

Order Filed on September 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth C. and Paula P. Hilliard

Case No.: 17-21379

Hearing Date: _____

Chapter: 13

Judge: CMG

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: September 3, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____705 Oxford Street, Belvidere, NJ_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Martin Jennings, Esq. |
| Amount to be paid: | $1000.00 |
| Services rendered: | attorney for closing of the property |

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __22,500.00__ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth C Hilliard  
Paula P. Hilliard  
    Debtors

Case No. 17-21379-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 03, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.  
db/jdb        +Kenneth C Hilliard,    Paula P. Hilliard,    705 Oxford Street,    Belvidere, NJ 07823-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Aleisha Candace Jennings     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@rasflaw.com  
         Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joan Sirkis Warren     on behalf of Debtor Kenneth C Hilliard joan@joanlaverylaw.com  
         Joan Sirkis Warren     on behalf of Joint Debtor Paula P. Hilliard joan@joanlaverylaw.com  
         Nicole B. LaBletta     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com, brausch@pincuslaw.com  
         R. A. Lebron     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
         Shauna M Deluca     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                    TOTAL: 9